UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL A. HARPER, | ) | |
| Plaintiff(s), | ) | No. C 09-02917 BZ |
| v. | ) | **JUDGMENT** |
| RICHARD W. WIEKING, | ) | |
| Defendant(s). | ) | |

Having issued an Order Dismissing Plaintiff's Complaint, **IT IS HEREBY ORDERED** that plaintiff recover nothing and that the action is **DISMISSED**.

Dated: September 9, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\HARPER V. WIEKING\JUDGMENT.wpd

1