UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL A. HARPER, | ) | |
| Plaintiff(s), | ) | No. C 09-02917 BZ |
| v. | ) | **ORDER DENYING PLAINTIFF'S MOTION TO STAY JUDGMENT** |
| RICHARD W. WIEKING, | ) | |
| Defendant(s). | ) | |

On Septemper 24, 2009 plaintiff filed this motion to stay judgment under Rule 8(a)(1)(A) of the Federal Rules of Appellate Procedure. Plaintiff's motion is **DENIED**, as he has not demonstrated any reasons to stay the judgment in this case. It appears from the moving papers that plaintiff needs more time to prepare for his appeal. Plaintiff should seek such relief directly from the Court of Appeals under Rule 26 of the Federal Rules of Appellate Procedure.

Dated: October 8, 2009

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.5\HARPER V. WIEKING\ORDER DENYING PLAINTIFF'S MOTION TO STAY JUDGMENT.FINAL VERSION.wpd

1